United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

```
UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF TEXAS
         LAREDO DIVISION
```

| | |
|---|---|
| **MARIO FRANCISCO GARCIA-CAMEY,** § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00111 |
| § | |
| **PAMELA JO BONDI, KRISTI LYNN** § | |
| **NOEM, SYLVESTER M. ORTEGA, and** § | |
| **OSCAR LUNA,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Pamela Bondi, Attorney General of the United States; Krisi Noem, Secretary of the U.S. Department of Homeland Security; Sylvester Ortega, Director, San Antonio ICE Field Office; and Oscar Luna, Warden of the La Salle County Regional Detention Center, as Respondents.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than February 2, 2026.** 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 4, 2026**.

Additionally, on November 25, 2025, a district court in the Central District of California certified a nationwide class under Rule 23(b)(2). *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (certifying a class including "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination"). The court previously granted petitioners partial summary judgment and then "extend[ed] the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole." *Id.*; *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025).

Accordingly, Respondents are **ORDERED** to file an advisory or otherwise address in their responsive briefing whether Petitioner is a class member and the effect, if any, of the

class certification and declaratory relief. Respondents should file their advisory or responsive briefing with the Court on this issue by **February 2, 2026.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on Respondents via certified mail, return receipt requested.

- Pamela Bondi, or her designee may be served at may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.
- Kristi Noem, or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.
- Sylvester Ortega, or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Oscar Luna, or his designee, may be served at La Salle County Regional Detention Center or his designee may be served at 832 East Texas Highway 44, Encinal, TX 78019.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to promptly mail this Order to Petitioner via certified mail to his address on file with the Court, LaSalle County Regional Detention Center, 832 E Texas 44, Encinal, TX 78019, return receipt requested.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on January 26, 2026.

John A. Kazen
United States District Judge